IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3057 |
| | ) | |
| V. | ) | |
| | ) | |
| ISRAEL D. LORENZANA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the plaintiff's motion for dismissal (filing 6) is granted.

DATED this 24th day of April, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge